

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00494-CR

Joe Luis **TRINIDAD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0568
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE
MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED July 2, 2025.

_____
Lori I. Valenzuela, Justice